UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 845 |
| | ) | |
| KODICHINMA OBUMNEME | ) | Magistrate Judge Sidney Schenkier |

**GOVERNMENT'S MOTION TO SEAL
COMPLAINT AND AFFIDAVIT**

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully request that the Court seal the criminal Complaint and Affidavit in this matter.

The public filing of the Complaint and Affidavit could result in the disruption of several ongoing undercover investigations and endanger various law enforcement officers. Accordingly, the government respectfully requests that the Complaint and Affidavit, as well as this Motion to Seal, be sealed until February 18, 2008, until the government's motion to unseal the materials, or until further order of the Court, whichever comes first.

Dated: December 17, 2007

FILED
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: _____
FARIS J. HUSSEIN
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-4156