UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 07 CR 845 |
| | ) | |
| KODICHINMA OBUMNEME | ) | Magistrate Judge Sidney Schenkier |

### ORDER

It is hereby ORDERED that the Complaint, Affidavit, and the government's Motion to Seal, all dated December 17, 2007, are hereby SEALED as the Court finds that the disclosure of the information contained in these documents could result in the disruption of several ongoing undercover investigations and endanger various law enforcement officers. It is further ORDERED that these documents are SEALED until February 18, 2008, until the government's motion to unseal the materials, or until further order of the Court, whichever comes first.

ENTER:

_____
SIDNEY SCHENKIER
United States Magistrate Judge

Dated: December 17, 2007