# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 845 - 1 | **DATE** | 12/17/2007 |
| **CASE TITLE** | United States of America vs. Kodichinma Obumneme | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/17/07. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints John F. Murphy as counsel for the defendant. Enter order appointing John F. Murphy as counsel for defendant. Government moves for detention. The defendant does not contest detention. The government's oral motion for detention is granted without prejudice and findings. Defendant waives detention hearing without prejudice to defendant's right to move for pretrial release on conditions at a later time. The defendant will be detained in custody. The defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings.

■ [ For further detail see separate order(s).]                                    Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|