**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN - 9 2008
January 9, 2008
JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 845 |
| v. | ) | |
| | ) | Chief Judge James F. Holderman |
| KODICHINMA OBUMNEME | ) | |

## ATTACHMENT TO AGREED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)

1. As stated in Paragraph 2 of the Agreed Motion for An Extension of Time, a number of factors have led to the parties' request for an extension. Since the defendant's arrest, he has decided to cooperate with law enforcement. At the direction of agents of the United States Department of Homeland Security, defendant will be assisting the government with its investigation into an international heroin distribution ring involving West African heroin distributors that are located in Canada and Chicago.

2. Over the next 60 days, through and including March 13, 2008, the government will use the defendant in its investigation. The government expects that defendant will make consensual telephone calls to, and meet with in person, his associates in the Chicago area. It is the government's hope that defendant's contacts will lead to the arrests of defendant's associates that are organizing this drug ring.

3. Thus, given that defendant is actively cooperating with the government's investigation, the thirty days available to the government pursuant to Title 18, United States Code, Section 3161(b) in which to file an indictment or information against a defendant based on his arrest will not be sufficient to allow the government to fully evaluate the defendant's cooperation and appropriate resolution of the case against defendant. The United States estimates that a 60-day extension from the current expiration date of January 14, 2008, to and including March 13, 2008, will be sufficient time within which to return an indictment in this matter.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:  /s/ Faris J. Hussein
      FARIS J. HUSSEIN
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-4156

Dated: January 9, 2008