Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 845 | **DATE** | 1/9/2008 |
| **CASE TITLE** | USA vs. Kodichinma Obumneme | | |

**DOCKET ENTRY TEXT**

Government's agreed motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [1] is granted.  ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendants be extended from January 14, 2008 to and including March 13, 2008.
X-T

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|