# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 845 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. Kodichinma Obumneme | | |

**DOCKET ENTRY TEXT**

On government's oral request, this case is ordered unsealed.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|