KC FILED
FEB 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
FEB 27 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 845 |
| v. | ) | Violations: Title 21, United States |
| | ) | Code, Section 841(a)(1) |
| KODICHINMA OBUMNEME | ) | Indictment |

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE SCHENKIER**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about December 14, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KODICHINMA OBUMNEME,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 100 grams or more of mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance,

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY