UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 07 CR 0845 |
| v. | ) | |
| | ) | Judge Andersen |
| KODICHINMA OBUMNEME | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that former Assistant United States Attorney Farris Hussein is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

By:    /s Bethany K. Biesenthal
        BETHANY K. BIESENTHAL
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312)886-7629

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Withdrawal and Substitution of Counsel**

was served on May 29, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's ECF system as to ECF filers, if any.

   /s Bethany K. Biesenthal
BETHANY K. BIESENTHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7629