## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 CR 845 | **DATE** | 6/25/2008 |
| **CASE TITLE** | United States of America vs. Obumneme | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant enters a plea of guilty as to count ONE (1). Court enters judgment of guilty on the plea. Order cause referred to the probation office for presentence investigation. Sentencing set for 9/18/2008 @ 10:30 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | TSA |
|---|---|---|